FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00332 BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, a.k.a. ALONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
LUND-ROSS CONSTRUCTORS, INC., a Nebraska Corporation, and
BASSWOOD CONSTRUCTORS GROUP, LLC, a Nebraska Limited Liability Company,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

Plaintiffs, through counsel, have submitted a letter to the court, a Civil Cover Sheet, Summonses, four (4) Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms (one from each Plaintiff), and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be

directed to cure the following if they wish to pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) _X_ are missing original signatures by Plaintiffs
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) _X_ affidavits are not notarized or are not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiffs
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 16th day of February, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 − CV − 0 0 3 3 2

Patricia Medige
Colorado Legal Services
1905 Sherman Street, ste. 400
Denver, CO 80203-1811
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 for each plaintiff** to the above-named individuals on 2/17/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk