IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

ALEJO SUSANO, in his individual and official capacities,
ALFONSO SUSANO, in his individual and official capacities, a/k/a Alonso Susano,
ALEJO CONSTRUCTION,
LUND-ROSS CONSTRUCTORS, INC., a Nebraska corporation, and
BASSWOOD CONSTRUCTORS GROUP, LLC, a Nebraska limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2010.**

    Plaintiffs' Unopposed Motion for Entry of Stipulated Protective Order [filed July 6, 2010; docket #35] is **granted**. The Stipulated Protective Order is issued and filed contemporaneously with this minute order.