**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, a.k.a. ALONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
LUND-ROSS CONSTRUCTORS, INC., a Nebraska Corporation, and
BASSWOOD CONSTRUCTORS GROUP, LLC, a Nebraska Limited Liability Company,

    Defendants.
_____

**ORDER APPROVING SETTLEMENT**
_____

Upon the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 51), and the Court's review of the Parties' Settlement Agreement, it is hereby

ORDERED that the Settlement and Settlement Agreement are fair, reasonable and adequate, is in the best interests of Plaintiffs, should be, and hereby is, approved. It is

FURTHER ORDERED that the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. 43) filed by Corporate Defendants is denied as moot. It is

FURTHER ORDERED that Plaintiffs' Unopposed Motion Seeking Additional Time in Which to Respone to Doc. 43, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. 49) is denied as moot. It is

FURTHER ORDERED that this action is hereby dismissed in its entirety, on the merits, as against Defendants Basswood Constructors Group, LLC and Lund-Ross Constructors, Inc., with prejudice, with each party to bear its own costs and attorneys fees, except to the extent otherwise expressly provided in the Settlement Agreement.

DATED August 4, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge