IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,

    Plaintiff,

v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation,
DANIEL WILEY, individually and in his official capacity,
MICHELLE WILEY, individually and in her official capacity,

    Defendants.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant Alejo Susano, on July 15, 2010, and that the defendant has failed to file a pleading or otherwise defend, default is hereby entered against defendant Alejo Susano, pursuant to Fed. R. Civ. P. 55(a).

DATED: November 10, 2010.

                                GREGORY C. LANGHAM, CLERK

                                By:   s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 10, 2010, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

| | |
|---|---|
| Alejo Susano | Alejo Construction |
| 3510 9th Street | 3510 9th Street |
| Lot 90 | Lot 90 |
| Center Lake, IA 51501 | Center Lake, IA 51501 |

GREGORY C. LANGHAM, CLERK

By:  s/ Eileen
         Deputy Clerk