**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

      Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation,
DANIEL WILEY, individually and in his official capacity,
MICHELLE WILEY, individually and in her official capacity,

      Defendants.

---

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**
**AS TO DEFENDANT WILEY INNOVATIONS CONSTRUCTION CORP.**
**PURSUANT TO Fed. R. Civ. P. 55(a)**

---

Plaintiffs in the above-stated action respectfully request that the Clerk of Court enter the default of Defendant Wiley Innovations Construction Corp., pursuant to Fed.R.Civ.P. 55(a). In support of this request, plaintiffs state the following:

    1.    This action was filed with the Court on Feb. 17, 2010, alleging violations by defendants Alejo Susano and Alejo Construction of the the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.;* the Trafficking Victims Protection Reauthorization Act of 2003 (hereinafter "TVPRA"), 22 U.S.C. § 7171, 18 U.S.C. § 1589 and § 1590; Colorado statute and Colorado

common law. (Doc. 6).  Claims were brought against other defendants, who later were dismissed from the case after settlement (Doc. 52).

2. On Aug. 30, 2010, plaintiffs filed Plaintiffs' First Amended Complaint, naming additional defendants Wiley Innovations Construction Corp., Daniel Wiley and Michelle Wiley. (Doc. 54).

3. On Oct. 19, 2010, Plaintiffs requested that the Clerk of Court enter the Default of several defendants, including Wiley Innovations Construction Corp. (Doc. 56).

4. On Oct. 21, 2010, Plaintiffs were instructed to resubmit the summons as to certain defendants, including as to the authorized agent for Wiley Innovations Construction Corp. (Doc. 57).

5. Meanwhile, on Oct. 27, 2010, Defendant Daniel Wiley submitted an answer, *pro se*, to the Amended Complaint (Doc. 60).  This answer responded on behalf of Defendant Daniel Wiley and did not include statements or defenses on behalf of Wiley Innovations Construction Corp.

6. On Nov. 5, 2010, the clerk's office declined to enter the default of defendant Daniel Wiley after finding he had filed an answer (Doc. 63).  This clerk's note did not address defendant Wiley Innovations Construction Corp.

7. In compliance with Doc. 57, on Dec. 29, 2010, Plaintiffs submitted a Return of Service demonstrating that service was effected Dec. 21, 2010 on Clay M. Rogers, registered agent for Wiley Innovations Construction Corp. (Doc. 66).

8. Pursuant to Fed.R.Civ.P. 12(a)(1)(A), defendant Wiley Innovations Construction Corp. was required to respond to the complaint by Jan. 11, 2011.

9. Defendant Wiley Innovations Construction Corp. has failed to answer or otherwise defend as to plaintiffs' amended complaint in this action or to serve a copy of any answer or other defense which defendants might have upon the plaintiffs' attorney of record.

WHEREFORE, Plaintiffs respectfully request an entry of default as to defendant Wiley Innovations Construction Corp.

Dated this 5th day of March, 2011.

/s Patricia Medige
Patricia Medige
COLORADO LEGAL SERVICES
1905 Sherman Street, Ste. 400
Denver, CO 80203-1811
Telephone: (303) 866-9385
FAX: (303) 830-7860
E-mail: pmedige@colegalserv.org
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2011, I electronically filed the foregoing PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT WILEY INNOVATIONS CONSTRUCTION CORP. PURSUANT TO Fed. R. Civ. P. 55(a) using the EM/ECF system, which will send notification of such filing to defendant Daniel M. Wiley.

I further certify that I mailed the above mentioned document via U.S. Mail to the following non-CM/ECF participants:

Alejo Susano
Alejo Construction
3510 N. 9th St., Lot 90
Carter Lake, IA  51501

3

Michelle Wiley  
2511 N. 189th St.  
Elkhorn, NE  68022  

Wiley Innovations Construction Corp.  
c/o Clay M. Rogers, Esq., Registered Agent  
8712 West Dodge Road, Ste. 400  
Omaha, NE  68114  


      /s Patricia Medige  
      Patricia Medige  
      Attorney for Plaintiffs  
      **Colorado Legal Services**  
      1905 Sherman Street, Suite 400  
      Denver, CO  80203  
      Telephone: (303) 866-9385  
      FAX: (303) 830-7860  
      E-mail: pmedige@colegalserv.org