IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

     Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation,
DANIEL WILEY, individually and in his official capacity,
MICHELLE WILEY, individually and in her official capacity,

     Defendants.

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation, on December 21, 2010, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Fed. R. Civ. P. 55(a).

DATED: March 8, 2011.

                                 GREGORY C. LANGHAM, CLERK

                                 By:   s/ Edward P. Butler
                                         Edward P. Butler, Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 8, 2011, I mailed a copy of the Entry of Default using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Wiley Innovations Construction Corp.

c/o Clay M. Rogers, Esq., Registered Agent

8712 West Dodge Road, Ste. 400

Omaha, NE 68114

GREGORY C. LANGHAM, CLERK

By: s/ Eileen
     Deputy Clerk