IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

      Plaintiffs,
v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation,
DANIEL WILEY, individually and in his official capacity, and
MICHELLE WILEY, individually and in her official capacity,

      Defendants.

---

### PLAINTIFFS' MOTION FOR RULE 55(B)(2) DEFAULT JUDGMENT

---

Plaintiffs hereby move for a Default Judgment, pursuant to Fed. R. Civ. P. 55(b)(2), against Defendants Alejo Susano and Wiley Innovations Construction Corp. (Wiley Innovations), jointly and severally.

- Plaintiff Jose Juan Francisco seeks a judgment in the amount of $247,791.30 against Defendants Alejo Susano and Wiley Innovations.

- Plaintiff Vincio Gonzalez seeks a judgment in the amount of $247,791.30 against Defendants Alejo Susano and Wiley Innovations.

▪Plaintiff Jose Juarez Ramirez seeks a judgment in the amount of $156,951.87 against Defendants Alejo Susano and Wiley Innovations.

▪Plaintiff Pedro Gregorio Rafael seeks a judgment in the amount of $108,741.75 against Defendants Alejo Susano and Wiley Innovations.

The total judgment Plaintiffs seek is $761,276.22 against Defendants Alejo Susano and Wiley Innovations Construction Corp.

In support of this motion, Plaintiffs submit the attached proposed order and the attached Memorandum of Law in Support of Plaintiffs' Motion for Rule 55(b)(2) Default Judgment.

Dated: May 27, 2011

/s Patricia Medige
Patricia Medige
Attorney for Plaintiffs
**Colorado Legal Services**
1905 Sherman Street, Suite 400
Denver, CO  80203
Telephone: (303) 866-9385
FAX: (303) 830-7860
E-mail:  pmedige@colegalserv.org