**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

      Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
ALFONSO SUSANO, individually and in his official capacity,
ALEJO CONSTRUCTION,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation,
DANIEL WILEY, individually and in his official capacity,
MICHELLE WILEY, individually and in her official capacity,

      Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF TWO DEFENDANTS**

---

      Plaintiffs, through counsel, submit this Notice of Dismissal of Defendants Alfonso Susano and Alejo Construction pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Plaintiffs assert that dismissal is proper since neither defendant has submitted an answer or a motion for summary judgment.

      In support of this dismissal, Plaintiffs assert that they have been unable to effect service on Defendant Alfonso Susano and that he is believed to be in an unknown location in Mexico.  Defendant Alejo Construction is not a legal entity and thus was improperly designated as a defendant.

The status of the remaining defendants is as follows:

·Plaintiffs filed a Motion for Rule 55(B)(2) Default Judgment as to Defendants Alejo Susano and Wiley Innovations Construction Corp. on May 27, 2011 (Doc 81);

·Former Defendants Lund-Ross Constructors Inc. and Basswood Constructors Group, LLC were dismissed from the case on Aug. 4, 2010 (Doc. 52);

·Defendant Daniel Wiley, individually, filed a Suggestion of Bankruptcy on April 18, 2011 (Doc. 74);

·The remaining defendant Michelle Wiley (now Michelle Davis) will be dismissed from the case as soon as the appropriate settlement paperwork is received.  Ms. Davis has assured counsel that she intends to execute the paperwork at issue and will be dismissed forthwith once the document is received.

WHEREFORE, Plaintiffs respectfully advise the court of the Dismissal of Defendants Alfonso Susano and Alejo Construction.

Dated this 8th day of June, 2011.

/s Patricia Medige_____
Patricia Medige
COLORADO LEGAL SERVICES
1905 Sherman Street, Ste. 400
Denver, CO 80203-1811
Telephone: (303) 866-9385
FAX:  (303) 830-7860
E-mail: pmedige@colegalserv.org
Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of June, 2011, I electronically filed the above Notice of Voluntary Dismissal of Two Defendants using the EM/ECF system.


/s Patricia Medige
Patricia Medige
Attorney for Plaintiffs
**Colorado Legal Services**
1905 Sherman Street, Suite 400
Denver, CO  80203
Telephone: (303) 866-9385
FAX: (303) 830-7860
E-mail: pmedige@colegalserv.org