IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

      Plaintiffs,

v.

ALEJO SUSANO, in his individual and official capacities,
ALFONSO SUSANO, in his individual and official capacities, a/k/a Alonso Susano,
ALEJO CONSTRUCTION,
WILEY INNOVATIONS CONSTRUCTION CORP.,
DANIEL WILEY, in his individual and official capacities, and
MICHELLE WILEY, in her individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 8, 2011.**

      Plaintiff's Motion to Vacate Final Pretrial Conference and Pretrial Order Deadline [filed June 7, 2011; docket #84] is **granted**. In light of the pending motion for default judgment, the Final Pretrial Conference scheduled for June 13, 2011 is **vacated**.