**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation,
DANIEL WILEY, individually and in his official capacity,
MICHELLE WILEY, individually and in her official capacity,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHELLE WILEY**

    Plaintiffs, through counsel, submit this Notice of Dismissal of Defendant Michelle Wiley (now named Michelle Davis) pursuant to Fed. R. Civ. P. 41(a)(1)(A). Plaintiffs assert that dismissal under this section is proper since defendant has not submitted an answer or a motion for summary judgment.

    In support of this dismissal, Plaintiffs state that Ms. Wiley was determined not to be responsible for the actions that gave rise to the instant action.

    The status of the remaining defendants is as follows:

·Plaintiffs filed a Motion for Rule 55(B)(2) Default Judgment as to Defendants Alejo Susano and Wiley Innovations Construction Corp. on May 27, 2011 (Doc 81), which still is pending;

·Former Defendants Lund-Ross Constructors Inc. and Basswood Constructors Group, LLC were dismissed from the case on Aug. 4, 2010 (Doc. 52);

·Defendant Daniel Wiley, individually, filed a Suggestion of Bankruptcy on April 18, 2011 (Doc. 74). The Bankruptcy case has not yet terminated.

WHEREFORE, Plaintiffs respectfully advise the court of the Dismissal of Defendant Michelle Wiley (now Michelle Davis).


Dated this 3d day of July, 2011.


/s Patricia Medige
Patricia Medige
COLORADO LEGAL SERVICES
1905 Sherman Street, Ste. 400
Denver, CO 80203-1811
Telephone: (303) 866-9385
FAX:  (303) 830-7860
E-mail: pmedige@colegalserv.org
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3th day of July, 2011, I electronically filed the above Notice of Voluntary Dismissal of Defendant Michelle Wiley using the EM/ECF system.

    /s Patricia Medige
    Patricia Medige
    Attorney for Plaintiffs
    **Colorado Legal Services**
    1905 Sherman Street, Suite 400
    Denver, CO  80203
    Telephone: (303) 866-9385
    FAX: (303) 830-7860
    E-mail: pmedige@colegalserv.org