IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

ALEJO SUSANO, individually and in his official capacity,
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation, and
DANIEL WILEY, individually and in his official capacity,

    Defendants.
_____

**DEFAULT JUDGMENT IN A CIVIL ACTION**
_____

The Court has ordered that there is no just reason for delay and that default judgment shall enter pursuant to Rule 54(b) as follows:

    1)   Plaintiff Jose Juan Francisco recover from Defendants Alejo Susano and Wiley Innovations Construction Corp, jointly and severally, $7,991.00;

    2)   Plaintiff Vincio Gonzalez recover from Defendants Alejo Susano and Wiley Innovations Construction Corp, jointly and severally, $7,991.00;

    3)   Plaintiff Jose Juarez Ramirez recover from Defendants Alejo Susano and Wiley Innovations Construction Corp, jointly and severally, $3,286.00;

    4)   Pedro Gergorio Rafael recover from Defendants Alejo Susano and Wiley Innovations Construction Corp, jointly and severally, $3,994.00; and

5) Plaintiffs Jose Juan Francisco, Vincio Gonzalez, Jose Juarez Ramirez, and Pedro Gregorio Rafael recover from the Defendant Alejo Susano and Wiley Innovations Construction Corp. reasonable attorneys' fees and costs.

This action was decided by Judge Christine M. Arguello on a motion for default judgment.

DATED at Denver, Colorado this 17th day of November, 2011.

FOR THE COURT:

GREGORY C. LANGHAM,

*s/Valeri P. Barnes*
Valeri P. Barnes,
Deputy Clerk

APPROVED BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge