**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

DANIEL WILEY, individually and in his official capacity,

    Defendant.

## ORDER DISMISSAL OF CASE

This matter is before the Court on Plaintiffs' Status Report (Doc. # 98), filed in response to this Court's Order To Show Cause (Doc. # 96). Pursuant to the Discharge filed by the United States Bankruptcy Court for the District of Nebraska (Doc. # 98-1), dated August 11, 2011, discharging the debts of Daniel Wiley, Plaintiffs are barred from pursuing the civil claims against Defendant Wiley and dismissal of Defendant Wiley in this matter is appropriate. It is, hereby,

ORDERED that the claims against Defendant Daniel Wiley in this matter are DISMISSED due to his Discharge in Bankruptcy. All claims against all other Defendants in this matter have previously been resolved. It is, therefore,

FURTHER ORDERED that this case is DISMISSED in its entirety.

DATED: December __13__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge