## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

     Plaintiffs,

v.

ALEJO SUSANO,
WILEY INNOVATIONS CONSTRUCTION CORP., and
DANIEL WILEY

     Defendants.

## DECLARATION OF JOSÉ JUÁREZ RAMIREZ

I declare, under penalty of perjury, that the following declaration is true and correct:

1. My name is José Juárez Ramírez and I have personal knowledge of the acts and information contained herein.

2. I was born on October 15, 1967, in Aldea Temux Grande, Santa Eulalia, in Huehuetenango, Guatemala. In 2008 I ended up in a situation in which I was forced to work without pay in Colorado Springs, was deprived of food and safe work conditions, and was intimidated to continue working under the same poor conditions.

3. My primary language is Kanjobal and my second language is Spanish. I also speak some English.

4.      In March of 2008, a friend from my church named Pedro Francisco said that he was going to work in construction in Colorado and would shortly earn $10 per hour for the job. Pedro gave me the phone number for a Mexican businessman named Alejo Susano, whom I called shortly thereafter. Alejo offered me a job working construction for 13-14 hours per day at $10 dollars per hour. Alejo said he would also provide—free of charge—housing, transport to and from Nebraska, and food. Alejo described our housing as like a "hotel," so I thought we were going to be sleeping in beds, in adequate accommodations, with plenty of food to sustain us through the tough work. This quickly proved not to be the case.

5.      In late March, I decided to tell Alejo that I wanted the job. Alejo told me that his brother, Alfonso, was in charge of transportation to and from Nebraska and that his brother could take me with him on his next trip to Colorado Springs. I made contact with Alfonso, who drove me to Colorado Springs from Omaha on April 20, 2008. We left in the morning at 6 a.m., arriving in Colorado Springs around 7 p.m. I started this job with José Juan and another José.

6.      Although Alejo and Alfonso were my immediate bosses, I later learned they had been hired by Wiley Innovations Construction Company and Daniel Wiley.

7.      Alejo gave our group—comprised of José Juan, Vincio and the other José—good food for a few days. But the food quickly got really bad. We only received really cheap food. Alejo gave us Ramen noodles three times a day and sometimes gave us eggs. That was all we received. When we asked for more, Alejo said, "We don't have money, so you'll have to put up with it." We believed him, so we tried to tough it out.

8. We lived in a two-bedroom apartment. I slept with seven other men in my bedroom, which would barely have been big enough for two small beds. But there were no beds in that room and not much space on the floor. I brought a blanket with me so I would have something with which to sleep. Alejo and Alfonso slept in the bedroom next to us. They had beds and more furniture in their room. In a common space by the kitchen, two more people slept on the floor and one other person on an old sofa that we found on the street. We shared a kitchen with Alejo and Alfonso. This is where all of the Ramen noodles were stored, before Alejo took all our food away.

9. Because we were mainly Guatemalans from Huehuetenango, we spoke the Kanjobal language amongst ourselves. Alejo used to say that we could not speak Kanjobal because he assumed we were speaking ill of him. I told Alejo and his friends, "My dialect is my dialect: the law does not prohibit us from speaking our language. We are not speaking badly about you. We are speaking about other things, not about you all or against you all." That was the first time anyone had ever tried to stop me from speaking my native language.

10. We worked for twelve hours a day, seven days a week, without a break and a half hour for lunch. My first week of work was April 20-27, 2008. Alfonso promised to pay me every fifteen days. He said that if I would travel with them, he would pay me more. He said that he had work for me in Des Moines, Iowa, and several parts of Wyoming. Alfonso said that if I could demonstrate that I had more experience, he would give me $11 or $12 per hour, instead of just $10 per hour. Alfonso said that I could even make $18 per hour. I now know that he was not telling the truth about my salary.

11. After the first week we didn't have enough to eat while working. We lifted all day long. Because we were often hungry we got tired easily. With the little bit of money we had, we would try to get little things at the store to fill us up because what they gave us did not fill us.

12. Alejo and his friends would drink beer almost every evening. They told us, "We are going to drink, but you don't have to drink with us. If you don't want to drink, that's not a problem." But I did wonder where they were getting the money for so much alcohol.

13. Alfonso said that Alejo would pay me on April 30. I told him that this was the last day I could receive my paycheck, as I needed to pay rent on my apartment in Omaha and needed to send money to Guatemala to support my family. I also did not have much money with me in Colorado Springs—I had only brought $100 in reserves—and it was clearly not enough. I used it just for my break, so that I would not be too hungry at lunch. I needed more food at lunch because Alejo was not providing us with the food that he had promised us before we started the job.

14. On April 30, when I asked Alejo for my money, he said that he did not have it and that I did not need it. He said that others needed the money more than me. I told him that Alfonso had said that I was going to be paid every 15 days. Alejo said that he had not paid anyone for two months. He said that these people who had not been paid did not have great need, so I shouldn't either. I responded by saying that I had worked and I therefore had a right to be paid.

15. We had this initial disagreement on April 30, but I decided to continue working, because I needed the money that Alejo promised he would eventually give me. I could not do anything but work because I did not have a way to return to Omaha, as I had no money to cover the cost of the return trip.

16. On May 1 or 2, Alejo told me that I should stay in Colorado Springs for Mother's Day, which was on May 13. He promised that after that date he would bring me back to Omaha. But I told him again, "I need the money you promised to pay me because I have a large family of five kids to provide for. Otherwise, I'm leaving the job." He said, "You're going to stay." Then, I said, "No. I'm going back to Omaha. I have to provide for my family. I will not continue to work with you."

17. When I said this, I knew that I did not have much power. I felt like a prisoner, or maybe even worse than a prisoner, because at least they feed prisoners and we did not even have this necessity. I did not have a cell phone at this point and was not very good at using the phone system in the US. I did not feel free and I think that Alejo and Alonso realized this. They knew once we were out of Omaha that they had more power over us.

18. When we asked the Susanos to take us back to Omaha they said no. They wanted to keep us in Colorado Springs. When we asked them to take us with them they said we were supposed to stay until the project was done.

19. Moreover, I feel that when someone is new to a place, that person has to conform and sometimes accept some injustices, so in this case I accepted not going to be paid and not being able to travel back to Nebraska. I also knew that Alejo had lived

in the US for a lot longer than me and could speak English with his managers, Anthony and Chris. He had all the power in our work relationship.

20. I also felt unsure of what I could do to improve my situation because I grew up in a place very different from Colorado Springs. I come from a small town of about 3,000-5,000 inhabitants in a rural part of Guatemala, where most speak Kanjobal. It is similar to a big farm, but it is very isolated. There are some more populated places; but where I am, there is hardly anything. In my town, you would just plant corn and similar crops, only for personal consumption. I never had to deal with these same issues that I was encountering in this moment. There was no Guatemalan community in Colorado Springs which could help us.

21. After I had the confrontation with Alejo, I talked to Alfonso and asked him why he had promised to pay me every fifteen days and then reneged on the promise. Alfonso said that his company had deposited the money for the workers in an account but that the company would not let anyone make withdrawals.

22. We—José Juan, José Juárez, and Vinico—all continued to wait for our pay. We decided to work in the first week of May. We had no choice but to accept that we were not getting paid. Moreover, we had to continue working to be able to stay in the apartment that we had in Colorado Springs.

23. During this time—I do not remember exactly when—I was mistreated by Alejo. I was supposed to fix an electricity meter: something I did not learn to do in previous jobs. I did not know anything about the switches and wires, but Alejo sent me to do something with the wiring in the meter. I did not even know where the meter was.

When I could not finish the job satisfactorily, Alejo yelled at me. He said, "How do you do these things in Guatemala? Are you too ignorant to know? Every time you do not know something, I will take money out of your paycheck." I said I was sorry but did not feel I did anything wrong. Later in the day, Alejo apologized and said that he was having family problems. I told him that we need to respect each other and that you cannot just get mad when you have problems.

24. Alejo watched over us all day. When he got mad he would tell us that we didn't deserve to earn $10. On the day when I didn't know how to fix an electrical circuit Alejo screamed at me and said "How come you all don't have education? How come you didn't go to school? Aren't there any schools in Guatemala?"

25. I was one of the only workers who asked for my money from the beginning. I think they started treating me worse because I spoke up.

26. The Susanos would get very mad at me when I asked for money. They started assigning me and another worker jobs that we didn't have the skills to do. Then when we couldn't do those jobs they said they would only pay us $5 per hour.

27. One of the worst days was when we were putting up trusses. There was a worker below and suddenly stacks of wood came down on him and he almost died. The Susanos didn't really care that his life had been put in danger. Instead of checking on him they actually yelled at him. We felt terrible for this worker.

28. Then, on May 3, we worked a really long day. It was Saturday and I was with José Juan and Vincio Gonzalez. I asked them if they were going to work on

Sunday. I told them, "I am not going to work. Sunday is a special day. It is the Lord's Day." We talked about it a little bit and then agreed not to work on Sunday.

29. On Sunday morning, when we told Alfonso and Alejo that we were not going to work, they got really mad. They said to me, "Since you arrived, everything has gone badly for us. When you were not here, we did not have problems. If you are not going to work, you must immediately pay $70 because we paid to bring you here and we have given you food."

30. We were in our bedroom in the apartment at this time, not yet having arisen from our spots on the floor where we slept. About ten minutes after they first talked with us, Alejo returned and said, "I am going to take $50 dollars in rent from each of your paychecks for not working today because we are paying rent on this apartment. You must work now or be prepared to pay this $50." I thought about working but then decided not to. Alejo then told us that we should not leave the area near the apartment and that we should stay inside. We stayed in our bedroom talking amongst ourselves and sleeping until around 9 a.m.

31. By 9 a.m., we were getting hungry. We left our bedroom and entered the main part of the apartment and found that all the food was gone, even the sugar and the other condiments. While we had been sleeping, Alejo had taken away all of the food. I had about $70 with me and decided that we should go buy canned beans and some tortillas, since there was no real food left in the apartment. Later Alejo and Alfonso asked us if we got enough to eat and laughed at us. They took our food to punish us for not working, even though we were never paid for all the time we did work.

32. Later that afternoon, when Alejo and Alfonso returned, we told them that we do not like the work, that we could not continue to do it with so little food and for no pay. We told them that we wanted to return to Omaha. They told us that we had to work until May 10 and then we could go back to Omaha.

33. I said I did not want to work without being paid. Then, Alejo said, "If you do not work, you pay $70 dollars rent." I responded, "We are all equals in this country. You cannot treat me this way." Alejo said nothing but then said to trust him. We had no choice. They were not going to bring us back to Omaha. We did not have family in Colorado Springs. I felt isolated, scared, and without any options. It was at this point that I talked with a man named Luis Marcos, a man I met through Saint Francis of Assisi Church in Omaha.

34. Luis and my uncle, Santiago, said that he did not want us treated so poorly anymore and decided that they were going to come rescue us from Colorado Springs. They borrowed a red truck and, on May 9, left to come pick us up. Alejo said that we needed to leave as soon as possible, if we were not going to work.

35. On May 9, we went to sleep in the apartment in Colorado Springs, thinking that we would leave the next day for Omaha. Unfortunately, we received a phone call at 1 a.m. from Luis, who told me that they had had an accident at about 9 p.m. that night and would not be able to pick us up.

36. On the morning of May 10, I had to call my brother, Antonio, who lives in Alamosa, Colorado. I asked him to loan me money so I could get back to Omaha. Antonio had a friend named Martha who was in the Guatemalan church in Alamosa and

who also speaks Kanjobal. She was his sister in faith. We asked Martha for a favor: to drive the three of us—José Juan, another José, and myself—back to Omaha. I told her that I could not continue working in Colorado Springs because my bosses did not pay me. Martha told me that she was not sure if she could take us and said that I would have to pay her for the gas. She said that she would get back to us as soon as possible.

37. On May 11 at around 11 a.m., Martha picked us up. She asked for $700 for the trip and I had to have my brother pay this amount later. We arrived in Omaha with Martha at 10 p.m. the same day.

38. I feel really bad for what happened to me. I think that the people who treated me so badly should have paid me. For me, this entire situation is something that is really sad because this same type of fraud befell me in Guatemala in October of 2001. A woman told us that we needed to care for my father-in-law, who we found out was dying in the United States. This woman said that we needed to pay a lot of money for his medicine. We signed over the deeds to our house in Guatemala to be able to care for him; but right after this happened, we learned that he had died. We tried to get the house back, but another family member now possessed the deed and kicked us out of the house, despite our having young children. It was so sad to hear that my father-in-law had died and even sadder to learn that we had been defrauded. I am the oldest child and I have a special duty in our culture to take responsibility and care for the extended family and now I had to win back our house.

39. Now, I trusted Alejo to pay me and to take care of me. But he too defrauded me by making we work so hard for free and taking advantage of my vulnerability.

40. We were very sad. We had nobody in Colorado Springs. We were hungry a lot but we had no family or friends that we could go to.

41. I thought that in the United States people feared both God and the law. I guess I have grown accustomed to enduring these injustices. I think that if the company paid Alejo, then he should have paid us. That's the simple truth.

42. I hope that justice can be delivered in this case and that the law sanctions the guilty people. I just hope that Alejo is not able to take advantage of any more people in the same way he took advantage of me.

This statement was prepared with the help of Spanish-English interpreters and orally translated to me in its entirety. I certify under penalty of perjury under the laws of the United States of America, that the above statements are true and correct to the best of my knowledge and ability.

> Lo antedicho me ha sido traducido al español. Lo entiendo y juro que es la verdad.
>
> (Translation: the foregoing has been translated to me in Spanish. I understand it and swear that it is the truth. )

Respectfully submitted,


 /s José Juárez Ramírez_____          12-13-11_____
José Juárez Ramírez                                    Date