IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,
v.

ALEJO SUSANO,
WILEY INNOVATIONS CONSTRUCTION CORP., and
DANIEL WILEY

    Defendants.

## DECLARATION OF VINCIO GONZALEZ

I declare, under penalty of perjury, that the following declaration is true and correct:

    1.    My name is Vincio González. I have personal knowledge of the acts and information contained herein.

    2.    I was born on May 10, 1981 in the town of San Pedro Soloma, in Huehuetenango, Guatemala. In 2008, while living in Omaha, Nebraska, I accepted a job in Colorado Springs. There I was forced to work without pay, was deprived of food and safe working conditions and was intimidated to continue working in the same poor conditions. I now reside again in Omaha, Nebraska.

3.      I worked as a painter in Omaha until March of 2008, when I was laid off. I was briefly unemployed until a friend, Pedro Francisco, told me about a construction job in Colorado. Pedro was returning to Omaha from this job because he had found work as a painter in Nebraska, but said that there was plenty of work in Colorado Springs. He said that if I wanted work, I should go to Colorado.

4.      A few days after Pedro returned from Colorado Springs, Pedro put me in contact with his old boss, Alejo. Pedro and I had two other friends, José Juan and José Juárez Ramirez, who also wanted to work with Alejo. In the end, the three of us made the decision to go work together in Colorado Springs.

5.      My boss was a man named Alejo Susano. I know that this man's first name is Alejo and I have discovered from talking with others that his last name is Susano. I also had some conversations with Alfonso, Alejo's brother. When I was in Colorado Springs, I did not have too much contact with Alfonso, as he was always travelling back to Nebraska.

6.      After I made contact with Alejo by telephone, he picked me up in a car. On March 30, 2008, Alejo drove our group from Omaha to Colorado Springs. Along with me, there were five other people in the car: Alejo, Alfonso, José, and another man not linked to the case.

7.      We arrived at 4 a.m. on April 1 and had to start work at 7 a.m.  We only slept for a few hours.

8. Alejo did not tell us how much we would be making or how many hours we would be working. On the first day, we just worked. Alejo never made any effort to tell us how much we were going to be paid.

9. After we finished work on that first day, we asked Alejo about our wages. Alejo told me that I would be paid $10 per hour. Alejo told my friend, José, that he would be paid $11 per hour because José had more experience. Alejo told both of us that we might receive raises if we did good work.

10. Alejo told us that we would probably be paid every week but possibly every fifteen days. Then, he told us that we would probably be paid every month. This agreement about wages was oral. We never signed any documents about our employment.

11. As a part of the oral agreement that I made with Alejo, he said that he would also provide our group with a nice apartment, good food, and transport to and from Colorado Springs. He said that it was his job to provide these three things.

12. When I arrived in Colorado, however, I discovered that I would be sharing a two-bedroom apartment with twelve other men. There were no beds in the apartment and it was barely furnished. We slept on the floor and were provided with a few cushions.

13. Although Alejo and Alfonso were my immediate bosses, I later learned they had been hired by Wiley Innovations Construction Company and Daniel Wiley.

14. On the first day after work the Susanos drove us to buy food and supplies. At first everything was fine. But then the food ran out and we saw that there wasn't

enough food for everyone and that we were going to have to reach into our own pockets to be able to eat.

15. Alejo did not provide enough food for us to eat. He would give us Ramen noodles and a few tortillas three times a day. Sometimes, we had to share this meal between two people, as there was not enough for everyone.

16. Moreover, despite the fact that we were working outdoors in very hot temperatures, Alejo rarely gave us water to drink. While working, we were often dizzy and hungry. I was so dehydrated that I often had to go to a store to buy water with some money I had saved up during my time in Nebraska.

17. I worked 10-12 hours daily, seven days a week. Alejo did not pay us during the first two weeks and I had to continue using the money that I had saved while I was in Nebraska. When our group confronted Alejo about our wages, he said that he was going to give us the money later because his company did not have the funds to make payroll.

18. Then, I learned about another group of workers, from Chihuahua, Mexico, who had worked for Alejo for a longer period of time. These workers had not been paid either and had contacted a lawyer who came from Pueblo, Colorado. I do not know much about this person from Pueblo. I am not even sure if he was a lawyer. I did learn, however, that Alejo had paid these workers so he could avoid problems with the law. I think that Alejo used the money that he owed our work group to pay the Mexican workers.

19. When I asked Alejo why these other workers deserved the money more than us, he said that he was forced to pay the other group because they were going to make him close the work site if they were not paid. Because he handled the problem discreetly, I do not think that all of the people in my work group understood what was happening. After this other group was paid, they ceased to work at our site.

20. By this point, in mid April, I had been working for Alejo for three weeks without pay. I was always tired, under-fed, and running out of the savings I had made in Nebraska.

21. To protest these conditions, our work group decided one Sunday that we would not continue to work without pay. We said to Alejo, "You haven't given us food, you haven't paid us, you don't give us water, and we feel weak, so today we won't work." Alejo got mad and said, "If you are not going to work, we're going to take away the food." Then, with three or four of his friends, he emptied the apartment of food. We thought that Alejo might also kick us out of the apartment, but one of Alejo's friends said, "We will leave you the apartment and will not throw you out on the street, but we will take away the food."

22. At this point, there were four other people left in the apartment: José Juan, José Juárez, Edgar, and Andrés. I do not know what happened to Edgar. Andrés decided not to participate in this case.

23. After Alejo took our food, we realized that we had few options. We were like prisoners. If we had stopped working at this point, we would have been on the street, far away from friends and family. I would not have had enough money to travel

back to Omaha, I did not speak English, and did not know of anything I could do to improve my situation. Later on Sunday, we decided that we had to keep working. We had no other option. We returned to work on Monday because we didn't have any hope of changing our circumstances. Alejo said that he would continue to give us work.

24. That Sunday something changed for me. I stopped communicating with my family. The change was both physical and mental. I felt that something bad could happen to me. I felt powerless. If the Susanos would not let us come and go as we pleased what else could they do to us? I didn't want to worry my family. I could not tell them that I didn't have enough to eat. I could not tell them I didn't sleep well because I was afraid of what the Susanos could do to me.

25. After we returned to work, when we asked Alejo about money, he said, "I have the check, I just don't have the funds in the account now. If you keep working, the job project will continue and will become profitable. Then, I will be able to pay you from what the company gives me in profits."

26. By the following Monday, we were back to eating diluted soup and tortillas and working 10-12 hours a day. We worked that entire week, in late April, and we still did not get any money. I had worked about 25 days without pay.

27. During this entire time, Alejo and his friends were drinking beer every night. We were mad at him for wasting money that he owed us on such vices.

28. By this point, in early May, José Juan, Andrés, and José Juárez decided that they wanted to get out of the bad work situation. I was not part of this group which decided at this point to try to leave Colorado Springs. Nevertheless, when Alejo heard

that José Juan, Andrés, and José Juárez were not going to continue to work, Alejo said that he was not going to take them back to Omaha and that they needed to stay in Colorado Springs.

29. When Alejo told them this, I was very concerned because I did not have enough money to get back to Omaha without help and had assumed that Alejo would bring me back. The same was true for the other members of the group, all of whom did not think they had enough money to be able to return to Omaha. We were stranded in Colorado Springs. It was May 9, 2008.

30. When they heard this, José Juárez, José Juan, and Andrés thought about going to Alamosa—where some of them had family support—but really wanted to go back to Omaha. I believe a minister from a church in Omaha was going to pick them up. Unfortunately, this minister had a car accident on the way to Colorado Springs and could not help them.

31. At this point, in the second week of May, I also wanted to get back to Omaha but did not have the money to pay for the cost of the trip. Then, Alejo and some of his friends said that they were going to pass through Omaha and that I could go with them. I said that I'd love to spend some time in Omaha and I used this as a pretext to return to a place where I had more support.

32. We arrived in Omaha on May 10, 2008. Alejo dropped me off at my aunt's house and said that he would pick me up a few days later on his way back to Colorado Springs. Alejo thought that I would continue working for him.

33. I never returned to Colorado Springs after that weekend. Alejo and his friends were constantly calling me, insisting that I go back with them. But I invented an emergency and told them that I had to take care of it in Omaha, and therefore would not be able to travel. They accepted my response this time because they realized that I was no longer under their control.

34. In hindsight, my time in Colorado Springs was really difficult because of where I come from in Guatemala. My hometown, San Pedro Soloma, has only 17,000 inhabitants. Before travelling to the United States, I had never lived in places with as many people as there are in Colorado Springs or Omaha. Normally, I find it easier to trust people from my province of Huehuetenango because I understand them better.

35. In Colorado Springs, our small group did not have direct contact with any other Guatemalans. We are all humble and religious, and are especially so in new places. We do not need alcohol to entertain ourselves, and we were scared to be so far from support while forced to work with people who drank so much. Alejo and his friends would drink until three or four in the morning and would treat us like ignorant people. They took advantage of us.

36. Alejo and Alfonso both spoke English with their manager and had a good idea of how the system worked in the United States. Because we did not speak any English, we did not know what was going on in these interactions.

37. Alejo would also sometimes say derogatory things to us. He often said at night, "I am glad I am one hundred percent Mexican," loud enough so that us non-

Mexicans would hear him. I could tell he said this to discriminate against people from Central America.

38. I feel cheated by what happened to me. You never forget something like this. It will be with me for the rest of my life. You work really hard and then someone cheats you. It is wrong for an injustice to befall you and then for no one to be held responsible. I do not hate Alejo, but one should not do what he did. He should not discriminate against Central Americans. We do suffer a lot from poverty in the countries south of Mexico, but we deserve respect.

39. I continue to work in the United States so I can take care of a brother in Guatemala who was in a car accident and cannot walk. I have to send him money for medicine, as he is in a wheel chair and often gets ulcers on his legs. Because he is always getting these ulcers, I have to pay for him to go to the hospital a lot. I wish I could have sent him more money last year.

40. I do not tell anyone in my community that Alejo took advantage of me. No one knows in Guatemala, either. I do not want them to know because of the pride and dignity I have for myself. And I do not want my family in Guatemala to worry that I will be taken advantage of in this country. If I had to return to Guatemala and word spread in my hometown about what had happened to me in Colorado Springs, I would go and live in another part of the country because of the shame I would feel.

41. I have never experienced hunger as I did in Colorado Springs, even when I lived in Guatemala. At times I was so hungry and thirsty that I could feel my mouth dry up. I felt weak on the work site. I felt like I could faint while working. I borrowed money

from a friend just to have something to eat. My weight is about 180 pounds. But when I weighed myself at the Goodwill when I got back to Nebraska I had lost 10 pounds.

42. It was very difficult to work without food because the work was hard. All day I lifted wood and hauled it to the area where we were framing and constructed walls. The day started at 7 a.m. and we worked until 6 p.m. with only a lunch break, but without much lunch.

43. I believe that the Susanos would eat when they left the worksite, saying they had to do errands. They did not go hungry like us.

44. The work in Colorado Springs was also dangerous. The Susanos yelled at us and rushed us in our work. They wanted us to work as fast as we could. When I work I focus very hard on what I am doing so I can do a good job but also so I won't fall. Because of the way we were forced to work in a hurry, one day a wall came down. Thankfully no one was seriously hurt. But someone could have been very badly hurt.

45. There were some workers, like José Juárez, who were told to do things by the Susanos that they didn't know how to do. Alejo Susano would yell at him. I think he yelled to humiliate him and defeat his will. They treated José Juárez and others very badly.

46. The Susanos got mad and yelled at us a lot. They were very vulgar. When they drank at night they said racist things and would call some of the workers names.

47. While the Susanos never physically hurt any workers that I saw, they would become angry very easily and one day Alejo threw a hard hat.

48. I was scared of the Susanos because of the way they treated people. I thought they were the kind of people who were capable of bad things. Back at the apartment where they would drink at night, they talked about the people they knew who were involved in crime.

49. I think that the other workers were afraid of them too. I think the men who had families were most scared. I was scared too but I am single and don't have children back home. I think the others were very afraid of them.

50. Where we are from in Guatemala we live simple lives. We didn't know much about such bad things. So when we saw how they acted, even though we wanted to say something, we kept our mouths shut. Like when we came back to the apartment at night and it was time to eat, the Susanos would take much of the food for themselves and we had to split what was left.

51. The Susanos had a lot of control. At night, sometimes I would want to take a walk to get outside and relax. They would say I had to get up early and tell me if I went outside I could get locked out. I stopped going out for fear of being locked out, alone on the streets. I felt like a prisoner and I was demoralized.

52. I have only now started telling my family about what happened to me. It is hard to have experienced this or to know why people like the Susanos exist. These people don't have compassion for others. Maybe they don't know who God is.

This statement was prepared with the help of Spanish-English interpreters and orally translated to me in its entirety. I certify under penalty of perjury under the laws of the United States of America, that the above statements are true and correct to the best of my knowledge and ability.

        Lo antedicho me ha sido traducido al español. Lo entiendo y juro que es la verdad.

        (Translation: the foregoing has been translated to me in Spanish. I understand it and swear that it is the truth. )

Respectfully submitted,

/s Vincio Gonzalez_____   12/12/11_____
Vincio Gonzalez                                  Date