## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINCIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

    Plaintiffs,

v.

ALEJO SUSANO,
WILEY INNOVATIONS CONSTRUCTION CORP., and
DANIEL WILEY

    Defendants.

## DECLARATION OF JOSÉ JUAN FRANCISCO

I declare, under penalty of perjury, that the following declaration is true and correct:

    1.    My name is José Juan Francisco. I have personal knowledge of the acts and information contained herein.

    2.    I was born on June 14, 1973, in the town of Santa Eulalia, in Huehuetenango, Guatemala. I currently reside in Omaha, Nebraska.

    3.    In 2008 I took a job in Colorado Springs and was forced to work without pay, was deprived of food and safe working conditions, and was intimidated to continue working under the same poor conditions.

4. I learned of the job in April of 2008, when a fellow Guatemalan, Pedro Francisco, told me about a job opportunity in Colorado Springs. Pedro told me that the supervisor of this site, Alejo Susano, was looking for other workers, especially carpenters. Since I am a carpenter and had heard that the wages at this work site would be very good, I decided to try working in Pedro's work site, in Colorado Springs.

5. I made contact with Alejo and then got a ride with him from Omaha to Colorado Springs. I traveled with José Juárez Ramírez, Vincio Gonzalez, and a man named Andrés. I believe that Pedro had worked for 15 days with Alejo but decided to return to Omaha because he found work as a carpenter with someone from his family.

6. We arrived in late April one evening at around 10 p.m. We slept that night and then started working the next day. Alejo and his friends took us to the work site in their cars. It was around 15 minutes outside of Colorado Springs. We were supposed to put the wooden frames up for new apartments and houses. There were some people living around this place, and we found a gas station about ten minutes away.

7. Although Alejo and Alfonso were my immediate bosses, I later learned they had been hired by Wiley Innovations Construction Company and Daniel Wiley.

8. We worked that entire first day and then asked Alejo how he was going to pay us. We first asked if he was going to give us checks or pay in cash. He said he would pay us in cash, after he had received a check from the company. I then asked Alejo how much I would make per hour. He told me that I would receive $10 per hour, although it might depend on how hard I worked.

9. We talked a little more about money and wages and then, at around 9 p.m., we returned to the apartment building where we were going to live. We saw it was a two-bedroom apartment with a bathroom and a small kitchen. Alejo and Alfonso had a bedroom with beds, while they gave us a space on a floor in the living room. Thankfully, I had brought a blanket to be able to sleep more comfortably. Despite the cramped living conditions, we ate well that first week and slept in this apartment.

10. After working that first week, we began to think that we were not going to get paid. Alejo rarely talked about money and never said anything definite about how he was going to pay us. Our group—including Vincio and José Juárez—was working really hard, getting up at 5:30 a.m. to be at the work site at 6:30 a.m. We were also working on Saturdays and Sundays. We asked them if we were going to get paid overtime, but they never answered our questions, so we started to lose faith in them paying us at all. We started to wonder how we were going to pay rent bills for apartments back in Omaha and our cell phone bills. Alejo did not pay us that first week; he said to wait another week for the money.  Alejo then promised me $11 per hour because he said that I was working well. He also promised me overtime.

11. At around this time, the food also got worse. Although sometimes Alejo would buy us sandwiches for lunch, he started to give us only soup or Ramen noodles for most meals. We had to eat it because we did not have access to anything else. We would just get home and have soup for dinner, before going to sleep. Sometimes we felt like we were sick.  We had no food, we were starving, and we had no energy. When we

weren't eating, we were preoccupied.  When you have no food, you worry a lot, and your stress builds up.  There was no food in the fridge.

12. During this time, Alejo and Alfonso and their friends would go out after we finished at the work site because they had money. They would come back at around one or two in the morning, after having gone drinking in the evening. They could also afford to go out, while we had to stay in because we were never paid.

13. Sometimes the bosses would drink alcohol in the apartment.  Then they would turn up the music loud and wouldn't let us sleep.  They could come out to the living room where we were trying to sleep, and they didn't care.  They would say bad things about us. We would just stay in the corner.

14. Sometimes they would invite us to drink.  But we don't drink.  We are just trying to earn some money.  When we said no, they would get mad, and wouldn't give us food.  They often got mad or angry at us.  I was frightened of the Susanos.

15. The Susanos would watch us when we were in the apartment.  They slept in the bedroom and we slept in the living room, so they were always close and keeping an eye on us.  They would come out to have their food.  They told us when we could and could not eat. They pretty much had control over these things.

16. When we said that we wanted to go back to Omaha, they said "you have no way to get back to Omaha."  They had the car, and they wouldn't take us.  They knew that we had no money, so they thought we would have no way to get back on our own.  We did not decide to stay.  We just could not leave.  We didn't know anything or anyone in Colorado Springs.

17. When we complained about the lack of pay, Alejo said that the company had not paid him. He said that the company had not put a check in the bank. We told Alejo in this moment that we no longer trusted him. We told him, "We come in early and stay late, but you don't pay us." Alejo responded, "Trust me: I will get your money soon."

18. During this time, I was never really discriminated against, but José Juárez was always being scolded by Alejo. Another man in our group, Andrés, also received a lot of verbal abuse from Alejo and often would not be able to eat lunch with us. The rule at lunch was always that if you were last, you might not eat, because there was not much food to go around. For some reason, these two men were always at the end of the food line. I do not know all of the details surrounding these problems.

19. I also felt isolated at my job in part because of the place from which I come. I used to live in a place named Canton Buena Vista, which is inside the Municipality of Santa Eulalia. I am not even really sure how many people live in the area because it is very rural. We just grow corn, carrots, and other vegetables to survive. Sometimes we have town councils and there would be around 400 people, but this does not include all the women or children. It is a very different place from Colorado Springs. We were not even able to learn much about Colorado Springs because of our bosses.

20. After another week of work without pay, we decided to protest the conditions. One Saturday when we were working really hard, we finished late in the evening and Alejo told us that we would have to start again the next morning at 5 a.m. We were sick of so much work with no breaks. I decided it would be better not to work,

especially if it was going to be a long day on a Sunday and Alejo was not even paying us.

21.     Our group decided together that we would not work. Really early on Sunday morning, Vincio Gonzalez told Alejo, "We have worked 350 unpaid hours. We do not trust that you will pay us. You have not paid us. How are we going to work?" At this point, we were in a bedroom in the apartment. Alejo got mad. He was going to kick us out of the apartment but then Alfonso said that we could stay, but that we had to stay inside the building. Alfonso and Alejo then left the apartment. Later, we learned that they took all of the food with him because when we left the room, there was no more soup in the cupboards. We had to go out on to the street to buy food with money we had with us.

22.     We stayed out for most of the day and then returned in the evening. When we returned, Alejo and Alfonso were also there. We decided that we had to continue working with them because we needed a place to stay and food to eat.

23.     On this fourth week of work, in May, Alejo said that he was going to pay us what he owed us on the next Thursday. Then, it became the next Friday. We decided during this week that we were going to leave Colorado Springs for Omaha. We told Alejo that we wanted to leave. He said that we should stay and that he would not take us back to Omaha. We had no money to be able to leave.

24.     We thought that a friend of ours from Omaha, Luis Marcos, was going to help us because he rented a car to come get us; but never arrived because he got in a

serious highway accident during a rainstorm. He called us when he got to the hospital and informed us that he would not be able to pick us up.

25.     We worked that Saturday, in early May, and then decided that we would leave Colorado Springs. José Juárez had a friend who helped us get to Omaha. I believe he paid her a lot of money to make the trip. Vincio and José had borrowed the money from someone else for the trip.

26.     I tried to call Alejo from Omaha after I arrived. He answered my phone once and said that he would pay me, but then never called me again. During that call, he told me that if I took legal action against them that there would be consequences. To me that sounded like a threat.

27.     I feel bad about the time I spent in Colorado. Alejo did not want to pay us and that is unfair. We did not have money to pay our rent in Omaha or to buy food when we were hungry.

28.     I wanted to send money to Guatemala to my children who were studying there, but I couldn't do it. You come to fight to make a living in this country, but then sometimes you get beat down. I understand that Alejo was fighting to make a living, too, but that does not mean he could treat us so badly.

This statement was prepared with the help of Spanish-English interpreters and orally translated to me in its entirety. I certify under penalty of perjury under the loaws of the United States of America, that the above statements are true and correct to the best of my knowledge and ability.

> Lo antedicho me ha sido traducido al español. Lo entiendo y juro que es la verdad.
>
> (Translation: the foregoing has been translated to me in Spanish. I understand it and swear that it is the truth. )

Respectfully submitted,


/s José Juan Francisco_____        12-14-11_____
José Juan Francisco                                Date

*Declaration of José Juan Francisco*                                                          *p. 8 of 8*