**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-00332-CMA-MEH

JOSE JUAN FRANCISCO,
VINICIO GONZALEZ,
JOSE JUAREZ RAMIREZ, and
PEDRO GREGORIO RAFAEL,

      Plaintiffs,

v.

ALEJO SUSANO, and
WILEY INNOVATIONS CONSTRUCTION CORP., a Nebraska corporation

      Defendants.

---

## <u>AMENDED</u> FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Entering Default Judgment Against Defendants Alejo Susano and Wiley Innovations Construction Corp. of Judge Christine M. Arguello entered on September 10, 2013 it is

ORDERED that:

1. Plaintiff Pedro Gregorio Rafael is entitled to $192,757 in damages from Defendants.

2. Plaintiff Jose Juan Francisco is entitled to $396,006.30 in damages from Defendants.

3. Plaintiff Vinicio Gonzalez is entitled to $396,006.30 in damages from Defendants.

4. Plaintiff Jose Juarez Ramirez is entitled to $252,289 in damages from Defendants.

IT IS FURTHER ORDERED that the Court's Order Entering Default Judgment, entered November 16, 2011, is HEREBY VACATED. (Doc. # 95.)

IT IS FURTHER ORDERED that Plaintiffs are entitled to reasonable attorney fees and are therefore permitted to submit within fourteen days of the entry of judgment a motion and supporting documentation for reasonable fees.  Such motion shall comply with the requirements set forth in Fed. R. Civ. P. 54(d)(2) and D.C.COLO.LCivR 54.3.

IT IS FURTHER ORDERED that Plaintiffs shall have their costs by the filling of a Bill of Costs with the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)**(1)** and D.C.COLO.LCivR 54.1. within ten days of the entry of judgment.

Dated at Denver, Colorado this 13th day of September, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk